JAN 28 2026 PM1:52
FILED - USDC - FLMD - ORL

SEALED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 6:26-cr- 17-CEM-UWH
18 U.S.C. § 1015(f)
18 U.S.C. § 611

PETER HOLLY

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
### (False Statement Claiming Citizenship to Vote)

On or about July 31, 2024, in the Middle District of Florida, the defendant,

## PETER HOLLY,

an alien of the United States, did knowingly make a false statement and claim that he was a citizen of the United States in order to register to vote and to vote in any Federal, State, and local election.

In violation of 18 U.S.C. § 1015(f).

## COUNT TWO
### (Voting by Aliens)

On or about October 27, 2024, in the Middle District of Florida, the defendant,

PETER HOLLY,

an alien of the United States, did unlawfully vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Member of the House of Representatives.

In violation of 18 U.S.C. § 611(a).

GREGORY W. KEHOE
United States Attorney

By: _____
Bianca S. Bansal
Special Assistant United States Attorney

By: _____
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Criminal Division

2

FORM OBD-34
January 26

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Orlando Division

## THE UNITED STATES OF AMERICA

vs.

## PETER HOLLY

## INDICTMENT

Violations: 18 U.S.C. § 1015(f)
18 U.S.C. § 611

Filed in open court this 28th day of January, 2025.

_____
Clerk

Bail $_____

GPO 863 525