UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 6:26-cr-00017-CEM-NWH

PETER HOLLY

### **NOTICE OF POSSIBLE CONFLICT OF INTEREST**

To assist the Court in its responsibility of appointment of counsel pursuant to

Fed. R. Crim. P. 44, and Title 18, United States Code, Section 3006A, I certify that

the following attorneys may have a conflict of interest if appointed to represent the

above defendant because of representation of other individuals:   None

Dated: May 22, 2026

Respectfully Submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/ Bianca S. Bansal*
Bianca S. Bansal
Special Assistant United States Attorney
USAO No. 230
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: Bianca.Bansal@usdoj.gov

**U.S. v. Peter Holly**                    **CASE NO. 6:26-cr-00017-CEM-NWH**

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2026, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to the following:

R. Rudy Ramjeawan
Attorney for the Defendant

*/s/ Bianca S. Bansal*
Bianca S. Bansal
Special Assistant United States Attorney
USAO No. 230
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: Bianca.Bansal@usdoj.gov

2