UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 6:26-cr-00017-CEM-NWH

PETER HOLLY

## NOTICE OF RELATED ACTION

In accordance with Local Rule 1.04(d), I certify that the instant action:

☐    IS            related to pending or closed civil or criminal cases previously
                   filed in this court, or any other Federal or State court, or
                   administrative agency as indicated below:

☒    IS NOT        related to any pending or closed civil or criminal case filed with
                   this Court, or any other Federal or State court, or administrative
                   agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than eleven days after appearance of the party.

Date: May 22, 2026

Respectfully Submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/ Bianca S. Bansal*
Bianca S. Bansal
Special Assistant United States Attorney
USAO No. 230
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: Bianca.Bansal@usdoj.gov

**U.S. v. Peter Holly**                    **CASE NO. 6:26-cr-00017-CEM-NWH**

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

R. Rudy Ramjeawan
Attorney for the Defendant

/s/ *Bianca S. Bansal*
Bianca S. Bansal
Special Assistant United States Attorney
USAO No. 230
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: Bianca.Bansal@usdoj.gov

3