UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                        CASE NO. 6:26-cr-00107-JSS-DCI

PETER HOLLY

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested person's

order:

1.      The name of each person, attorney, association of persons, firm, law

firm, partnership, and corporation that has or may have an interest in the outcome of

this action -- including subsidiaries, conglomerates, affiliates, parent corporations,

publicly-traded companies that own 10% or more of a party's stock, and all other

identifiable legal entities related to *any* party in the case:

> Bianca S. Bansal, Special Assistant United States Attorney
>
> Ryan Callahan, Special Agent
>
> Peter Holly, Defendant
>
> Department of Homeland Security, Investigative Agency
>
> Gregory W. Kehoe, United States Attorney
>
> R. Rudy Ramjeawan, Attorney for the Defendant

2.      The name of every other entity whose publicly-traded stock, equity, or

debt may be substantially affected by the outcome of the proceedings:

None.

3.      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4.      The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

None.

I hereby certify that I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Date: May 22, 2026

Respectfully Submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/ Bianca S. Bansal*
    Bianca S. Bansal
    Special Assistant United States Attorney
    USAO No. 230
    400 W. Washington Street, Suite 3100
    Orlando, Florida 32801
    Telephone: (407) 648-7500
    E-mail: Bianca.Bansal@usdoj.gov

**U.S. v. Peter Holly**                    **CASE NO. 6:26-cr-00017-CEM-NWH**

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2026, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to the following:

R. Rudy Ramjeawan
Attorney for the Defendant

/s/ Bianca S. Bansal
Bianca S. Bansal
Special Assistant United States Attorney
USAO No. 230
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: Bianca.Bansal@usdoj.gov