UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 6:26-cr-17-CEM-NWH

PETER HOLLY

# **VERDICT**

1. **Count One of the Indictment**

As to the offense of False Statement Claiming Citizenship to Vote, in violation of 18 U.S.C. § 1015(f),

We, the Jury, find the defendant, Peter Holly:

Guilty _______________ Not Guilty _______________

2. **Count Two of the Indictment**

As to the offense of Voting by an Alien, in violation of 18 U.S.C. § 611(a),

We, the Jury, find the defendant, Peter Holly:

Guilty _______________ Not Guilty _______________

SO SAY WE ALL, this __ day of October, 2026

_____________________________
FOREPERSON