UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 6:26-cr-17-CEM-NWH

PETER HOLLY

## AMENDED GOVERNMENT'S WITNESS LIST

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, respectfully submits the following list of witnesses to be called in the government's case-in-chief:

1. Ryan Callahan, Homeland Security Investigations
2. Kari Ewalt, Osceola County Supervisor of Elections
3. Walter Scott Maynor, Florida Department of State
4. Victor Miller, Florida Department of Highway Safety and Motor Vehicles

The United States reserves the right to call additional witnesses during the trial of this case, if appropriate.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/Bianca S. Bansal*
Bianca S. Bansal
Special Assistant United States Attorney
USAO No. 230
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: bianca.bansal@usdoj.gov

**U.S. v. PETER HOLLY** **Case No. 6:26-cr-17-CEM-NWH**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Rudranath Rudy Ramjeawan
Attorney for Defendant

*/s/Bianca S. Bansal*
Bianca S. Bansal
Special Assistant United States Attorney
USAO No. 230
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: bianca.bansal@usdoj.gov