IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

Case No: 6:26-cr-17-CEM-NWH

PETER HOLLY
_______________________________________/

# AMENDED DEFENDANT'S EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | | Wedding Photo (1 Page) |
| 2 | | | | Request for Evidence Form (3 Pages) |
| 3 | | | | Passport Card (1 Page) |
| 4 | | | | Marriage Certificate (1 Page) |
| 5 | | | | Lease Agreement (1 Page) |
| 6 | | | | Tax Return (17 Pages) |
| 7 | | | | Bank Records (16 Pages) |
| 8 | | | | Life Insurance Documents (8 Pages) |
| 9 | | | | Health Insurance Documents (15 Pages) |
| 10 | | | | Affidavit of Support (1 Page) |
| 11 | | | | Copy of Driver's License (1 Page) |
| 12 | | | | Affidavit of Support (1 Page) |
| 13 | | | | Copy of Driver's License (1 Page) |
| 14 | | | | Proof of Mailing (1 Page) |
| 15 | | | | Photos of Couple (3 Pages) |