UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 6:26-cr- 17-CEM-NWH
18 U.S.C. § 1015(f)
18 U.S.C. § 611

PETER HOLLY

# INDICTMENT

The Grand Jury charges:

## COUNT ONE
**(False Statement Claiming Citizenship to Vote)**

On or about July 31, 2024, in the Middle District of Florida, the defendant,

PETER HOLLY,

an alien of the United States, did knowingly make a false statement and claim that he was a citizen of the United States in order to register to vote and to vote in any Federal, State, and local election.

In violation of 18 U.S.C. § 1015(f).

**COUNT TWO**
**(Voting by Aliens)**

On or about October 27, 2024, in the Middle District of Florida, the defendant,

PETER HOLLY,

an alien of the United States, did unlawfully vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Member of the House of Representatives.

In violation of 18 U.S.C. § 611(a).

GREGORY W. KEHOE
United States Attorney

By: ______________________
Bianca S. Bansal
Special Assistant United States Attorney

By: ______________________
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Criminal Division