UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA, Case No. 6:26-cr-17-CEM-NWH

Plaintiff, ☐
Government ☒

☐ Evidentiary
☒ Trial
☐ Other

v.

PETER HOLLY

Defendant ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | 10/26/26 | 10/26/26 | – | A | I-485, Application for Lawful Permanent Residence (Bates Nos. 03018-03035) |
| 2 | | | – | | Affidavit of Peter Holly, (Bates No. 02900) |
| 3 | | | – | | I-130, Petition for Alien Relative (Bates Nos. 02685-02696) |
| 4 | | | – | | I-765, Application for Employment Authorization (Bates Nos. 02759-02765) |
| 5 | | | – | | I-751, Petition to Remove Conditions on Residence (Bates Nos. 02097-02107) |
| 6 | | | – | | I-90, Application to Replace Permanent Resident Card (Bates Nos. 02822-02830) |
| 7 | | | – | | Sample Ballot (Bates Nos. 03768-03770) |
| | | | | | |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number. | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| 8 | 10/26/26 | 10/26/26 | — | A | Registration Application (Bates Nos. 01844-01847) |
| 9 | | | — | | Online Voter Registration Data (Bates No. 03717) |
| 10 | | | — | | Online Voter Registration Receipt (Bates No. 03718) |
| 11 | | | — | | Osceola County Supervisor of Elections Voting History (Bates No. 03710) |
| 12 | | | — | | Early Voters on October 27, 2024 (Bates No. 03711) |
| 13 | | | — | | Osceola County Supervisor of Elections Audit and Activity (Bates Nos. 03713-03714) |
| 14 | | | — | | EViD Signature (Bates No. 03716) |
| 15 | | | — | | DMV Record 2022 (Bates Nos. 03728-03730 |
| 16 | | | — | | DMV Record 2024 (Bates No. 03731-03733) |
| 17 | | | — | | DAVID Profile (Bates No. 03744-03746) |
| 18 | | | | | Motor Voter Process (Bates Nos. 03762-03766) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |